AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

FILED
10:06 am Jun 30 2020
Clerk U.S. District Court
Northern District of Ohio
Toledo

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Tyrone Riley | ) | Case No. |
|  | ) | 3:20MJ5194 |
|  | ) | |
|  | ) | |
|  | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  May 2018 to February 25, 2020  in the county of  Lucas  in the
Northern  District of  Ohio , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 666(a)(1)(B) | Reciept of Bribe by Agent of Organization Receiving Federal Funds |
| 18 U.S.C. 1951 | Hobbs Act Extortion Under Color of Official Right |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Matthew Cromly, Special Agent FBI
*Printed name and title*

Sworn to telephonically after being submitted
by reliable electronic means.

Date:  06/30/2020

*Judge's signature*

City and state:  Toledo, Ohio  Jeffrey J. Helmick, U.S. District Judge
*Printed name and title*